IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company, Plaintiff, v. I-MATE P.L.C., a Scottish Corporation; I-MATE USA, INC. a Delaware Corporation, UTSTARCOM, INCORPORATED, a Delaware Corporation; and PERSONAL COMMUNICATIONS DEVICES, LLC, a Delaware Limited Liability Company, Defendants. | No. 08-C-05190 Hon. Elaine E. Bucklo |

## NOTICE OF DISMISSAL OF DEFENDANT I-MATE

Plaintiff Helferich Patent Licensing, L.L.C. ("HPL") hereby dismisses this action and all claims therein against Defendants i-mate plc and i-mate USA, Inc. (collectively "I-Mate"), with prejudice, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, in view of the agreement reached by the parties.

RESPECTFULLY SUBMITTED this 3rd day of June, 2009.

LAW OFFICES OF STEVEN G. LISA, LTD.

By: *s/ Jon E. Kappes*
Jon E. Kappes
Attorney for Plaintiff

Steven G. Lisa (Ill. State Bar # 6187348)
Jon E. Kappes (Ill. State Bar # 6291678)
Timothy D. Sperling (Ill. State Bar # 6293854)
Mildred E. Park (Ill. State Bar # 6293523)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357

Victoria Curtin (NDIL ID #010897)
Victoria Gruver Curtin, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona  85254
Tel.:  (480) 998-3547
Fax:  (480) 596-7956