**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C., )<br>an Illinois Limited Liability Company, )<br>        Plaintiff, )<br>)<br>  v. )<br>)   No. 08-CV-05190<br>I-MATE P.L.C., a Scottish Corporation; )<br>I-MATE USA, INC.a Delaware Corporation, )<br>UTSTARCOM, INCORPORATED, )   Hon. Elaine E. Bucklo<br>a Delaware Corporation; and PERSONAL )<br>COMMUNICATIONS DEVICES, LLC, )<br>a Delaware Limited Liability Company, )<br>        Defendants. ) | |

**NOTICE RE CASIO-HITACHI**

Plaintiff Helferich Patent Licensing, L.L.C. (hereinafter "HPL"), signed a License Agreement with Casio-Hitachi Mobile Communications Co., Ltd. ("CHMC"), a Japanese corporation having its principal office and place of business at 2-229-1 Sajuragaoka, Higashi-Yamato City, Tokyo, Japan, on June 4, 2009. That agreement provides that HPL shall file a notice in this action "dismissing with prejudice all claims having any relation to the products of Licensee in the Licensed Field."

CHMC is not a party to this litigation, therefore a formal dismissal under Rule 41, Fed.R.Civ.P. is both unnecessary and inappropriate. In compliance with the contractual requirements, therefore, HPL provides this notice to the Court and to Personal Communications Devices, LLC ("PCD"), the sole remaining unsettled defendant, that HPL makes and will make no claims in this action against PCD based on infringement by any product manufactured or sold by CHMC, nor will it seek any damages therefor.

RESPECTFULLY SUBMITTED this 30th day of June, 2009.

        LAW OFFICES OF STEVEN G. LISA, LTD.


  By: */s/ Timothy D. Sperling*
      Timothy D. Sperling
      Attorney for Plaintiff

      Steven G. Lisa (Ill. State Bar # 6187348)
      Jon E. Kappes (Ill. State Bar # 6291678)
      Timothy D. Sperling (Ill. State Bar # 6293854)
      Mildred E. Park (Ill. State Bar # 6293523)
      Law Offices of Steven G. Lisa, Ltd.
      55 West Monroe Street, Suite 3200
      Chicago, Illinois 60603
      Tel. & Fax: (312) 752-4357

      Victoria Curtin (NDIL ID #010897)
      Victoria Gruver Curtin, P.L.C.
      14555 N. Scottsdale Rd., Ste. 160
      Scottsdale, Arizona 85254
      Tel.: (480) 998-3547
      Fax: (480) 596-7956