**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company, Plaintiff, | ) ) ) ) | |
| v. | ) ) | No. 08-CV-05190 |
| I-MATE P.L.C., a Scottish Corporation; I-MATE USA, INC. a Delaware Corporation, UTSTARCOM, INCORPORATED, a Delaware Corporation; and PERSONAL COMMUNICATIONS DEVICES, LLC, a Delaware Limited Liability Company, Defendants. | ) ) ) ) ) ) ) ) | Hon. Elaine E. Bucklo |

**AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, HELFERICH PATENT LICENSING L.L.C., and Defendant, PERSONAL COMMUNICATION DEVICES, L.L.C. ("PCD"), hereby agree and stipulate to dismiss the matter against Defendant, PCD, without prejudice pursuant to F.R.Civ.P. 41(a)(1), each party to bear its own costs, expenses, and attorneys fees.

RESPECTFULLY SUBMITTED this 22nd day of December, 2009.


Timothy D. Sperling                                Frank A. Bruno


By: */s/ Timothy D. Sperling*              By: */s/ Frank A. Bruno*
Timothy D. Sperling                                Frank A. Bruno
Attorney for Plaintiff                             Attorney for Defendant, PCD

1

Steven G. Lisa (Ill. State Bar # 6187348)
Jon E. Kappes (Ill. State Bar # 6291678)
Timothy Sperling (Ill. State Bar # 6283854)
Mildred E. Park (Ill. State Bar # 6293523)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3210
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357


Victoria Curtin (NDIL ID #010897)
Victoria Gruver Curtin, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956